FILED: February 15, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2239
(7:09-cv-00183-F)
(7:09-cv-00081-F)

_____

CHRIS W. TAYLOR, for himself and all others similarly situated; WILLIAM G. HARRISON, SR.; CATHY HORTON HUNT; SHARON SOUTHWOOD; DORMAN BEASLEY; BRENDA BEASLEY,

    Plaintiffs - Appellants,

CHRISTOPHER WYATT LIVINGSTON,

    Party Below - Appellant,

and

LINDA SHERYL LUCAS,

    Plaintiff,

  v.

LEE W. BETTIS; PAT LEIGH PITTMAN; JOANNE K. PARTIN; ROBERT L. EMANUEL; STEPHEN A. DUNN; RAYMOND E. DUNN, JR.; EMANUEL & DUNN, PLLC, a North Carolina professional limited liability company and 18 U.S.C. 1961(4) association-in-fact; BETTIS DUNN & DUNN, a North Carolina general partnership and 18 U.S.C. 1961(4) association-in-fact; W. ANDREW ARNOLD; LAW OFFICES OF W. ANDREW ARNOLD PC, a South Carolina corporation and 18 U.S.C. 1961(4) association-in-fact,

    Defendants - Appellees,

and

CCDN, LLC., a Nevada limited liability company and 18 U.S.C. 1961(4) association-in-fact; LEGAL DEBT CURE, LLC, a Nevada limited liability company and 18 U.S.C. 1961(4) association-in-fact; R.K. LOCK & ASSOCIATES, d/b/a CCDN, LLC., or The Credit Collections Defense Network, an Illinois sole proprietorship and 18 U.S.C. 1961(4) association-in-fact; JEN DEVINE; ROBERT K. LOCK, JR.; COLLEEN LOCK; PHILIP M. MANGER; S. JOHN HAGENSTEIN; THE CREDIT CARD SOLUTION, a Texas sole proprietorship and 18 U.S.C. 1961(4) association-in-fact; ROBERT M. LINDSEY; BARRISTER LEGAL SERVICES PC, an Illinois corporation and 18 U.S.C. 1961(4) association-in-fact; RICHARD JUDE WASIK; RICHARD D. RUSS; ERNEST GREG BRITT, JR.; R&G MARKETING, a Florida general partnership and 18 U.S.C. 1961(4) association-in-fact; EXCELL MARKETING LLC, a Florida limited liability company and 18 U.S.C. 1961 (4) association-in-fact; RODNEY EMIL BRISCO; DEBT JURISPRUDENCE INC., a Missouri corporation and 18 U.S.C. 1961(4) association-in-fact; AEGIS CORPORATION, a Missouri corporation and 18 U.S.C. 1961(4) association-in-fact; M. DAVID KRAMER; MARCIA M. MURPHY; TRACY WEBSTER,

          Defendants.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

                                      For the Court--By Direction

                                      /s/ Patricia S. Connor, Clerk